

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00750-CR

Allison Michelle **JACOBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 544462
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for further proceedings consistent with this opinion.

SIGNED June 12, 2019.

_____
Rebeca C. Martinez, Justice